# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** (For a Petty Offense) — Short Form |
| v. | CASE NUMBER: 13-mj-01053-MJW |
| CONCRETE MANAGEMENT CORPORATION (CMC) | Michael Poindexter (Defendant's Attorney) |

**THE DEFENDANT:** Pleaded guilty to count 1 of the Information.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following offense:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 8 USC § 1324a(a)(1), (a)(2) and (f) | Pattern and Practice of Illegal Employment | September 2012 | 1 |

A Forfeiture Money Judgment in the amount of $175,000 is entered. It is noted $56,000.00 has been submitted for processing in the Court Registry. A stay of execution is entered as to the remaining $119,000.00 to be paid on or before May 06, 2013

## MONETARY OBLIGATIONS

All criminal monetary penalty payments are to be made as directed by the court, the probation officer, or the United States Attorney.

| | Assessment | Fine |
|---|---|---|
| **Total:** | $100.00 | $1,500.00 |

4/22/2013
Date of Imposition of Judgment

*Signature of Judicial Officer*

Michael J. Watanabe, U.S. Magistrate Judge
Name & Title of Judicial Officer

April 25, 2013
Date